IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

EDUARD SCHERZER, CYNTHIA FLEISCH, SERGE ILLEL and KARINA FOMICHEVA, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

LVEB, LLC d/b/a PIERRE'S OF BRIDGEHAMPTON and PIERRE WEBER, Jointly and Severally,

Defendants.

ECF Case

13 Civ. 05890

---

### OPT-OUT STATEMENT

By my signature below, I choose to opt-out of the above-referenced lawsuit, which seeks the recovery of unpaid minimum wages, unpaid spread of hours premiums, unlawful misappropriation of gratuities, improper business expenses, unlawful meal deductions, and unpaid overtime compensation. By signing this statement, I am stating that I no longer wish to be a plaintiff in the unpaid wages lawsuit currently pending against Pierre's. I understand that once I have opted out of this lawsuit, I will no longer be a plaintiff in this case and the statute of limitations on all relevant wage claims that I may have against Defendants will continue to run, which may preclude me from bringing a future lawsuit against Pierre's and their related entities and owners.

Kevin Gonzalez
Printed Name

[signature]
Signature

229 W Montauk Hwy
Street Address

631-903-0996
Phone Number

Hampton Bays NY 11946
City, State, Zip Code

05-27-15
Date